UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY BAY CREDIT UNION,<br>       Plaintiff,<br><br>v.<br><br>OPEN SOLUTIONS INC.,<br>       Defendant,<br><br>OPEN SOLUTIONS INC.<br>       Counterclaimant,<br><br>v.<br><br>LIBERTY BAY CREDIT UNION,<br>       Counterclaim Defendant. | C.A. NO. 11-cv-10189-RGS |

**APPENDIX OF DEPOSITION EXCERPTS IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT OPEN SOLUTIONS INC.'S MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL