UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY BAY CREDIT UNION,<br>Plaintiff,<br><br>v.<br><br>OPEN SOLUTIONS INC.,<br>Defendant,<br><br>OPEN SOLUTIONS INC.<br>Counterclaimant,<br><br>v.<br><br>LIBERTY BAY CREDIT UNION,<br>Counterclaim Defendant. | C.A. NO. 11-cv-10189-RGS<br><br>**FILED UNDER SEAL PURSUANT TO COURT ORDER DATED SEPTEMBER 26, 2012** |

**DEFENDANT AND COUNTERCLAIMANT OPEN SOLUTIONS INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF DAMAGES**

# FILED UNDER SEAL

265820-1

## CERTIFICATION OF SERVICE

      I, Daniel J. Cloherty, hereby certify that a true and correct copy of the foregoing document will be served in hand upon all counsel of record and a Notice of Filing of the foregoing document will be filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 27, 2012.

                                                              */s/ Daniel J. Cloherty*

265820-1